MARTIN D. SINGER (Bar No. 78166)
PAUL KARL LUKACS (Bar No. 197007)
LAVELY & SINGER, P.C.
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:  (310) 556-3501
Facsimile:  (310) 556-3615
E-Mail:   Mdsinger@LavelySinger.com
E-Mail:   Plukacs@LavelySinger.com

Attorneys For Plaintiff Sheldon G. Adelson

MARK A. BORENSTEIN (Bar No. 84987)
OVERLAND BORENSTEIN SCHEPER & KIM LLP
300 South Grand Avenue, Suite 2750
Los Angeles, CA 90071
Telephone:  (213) 613-4655
Facsimile:  (213) 613-4656
E-mail:   mborenstein@obsklaw.com

Attorneys For Defendants John L. Smith, Barricade Books Inc. and Lyle Stuart

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SHELDON G. ADELSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN L. SMITH, an individual; BARRICADE BOOKS INC., a corporation; LYLE STUART, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. CV 06-00115-NM (MANx)<br><br>**STIPULATION AND [PROPOSED] ORDER REMANDING CIVIL ACTION TO LOS ANGELES SUPERIOR COURT**<br><br>Complaint Filed:  December 2, 2005<br>Trial Date:  TBD<br><br>[Hon. Nora M. Manella] |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d)

WHEREAS, on December 2, 2005, Plaintiff Sheldon G. Adelson filed a Complaint against Defendants John L. Smith, Barricade Books Inc. and Lyle Stuart

1  in the Los Angeles Superior Court, West District, captioned <u>Sheldon G. Adelson v.</u>
2  <u>John L. Smith, Et Al.</u>, Los Angeles Superior Court Case No. SC 087 820 (the
3  "Action");
4     WHEREAS, the Complaint in the Action alleges only the state law cause of
5  action of libel;
6     WHEREAS, the Complaint does not state a cause of action which arises
7  under the Constitution, laws or treaties of the United States;
8     WHEREAS, on January 6, 2006, Defendants John L. Smith, Barricade
9  Books Inc. and Lyle Stuart filed a Notice of Removal which purported to remove
10 the Action to this United States District Court;
11    WHEREAS, the Notice of Removal based its purported removal of the
12 Action upon a perceived complete diversity of the parties such that this Court
13 appeared to have subject matter jurisdiction of the Action pursuant to 28 U.S.C.
14 section 1332(a);
15    WHEREAS, Plaintiff Sheldon G. Adelson objected to the removal of the
16 Action on the grounds that he and Defendant John L. Smith are both citizens of the
17 State of Nevada (as the term "citizen" is defined for purposes of determining the
18 existence of subject matter jurisdiction based upon diversity of citizenship pursuant
19 to 28 U.S.C. section 1332(a));
20    WHEREAS, the parties met and conferred regarding a potential Motion For
21 Remand and exchanged information about the citizenships of Plaintiff Sheldon G.
22 Adelson and Defendant John L. Smith;
23    WHEREAS, Plaintiff Sheldon G. Adelson has been a resident of the State of
24 Nevada since 1988 and Defendant John L. Smith has been a resident of the State of
25 Nevada all of his life;
26    WHEREAS, Plaintiff Sheldon G. Adelson and Defendant John L. Smith are
27 both citizens of the State of Nevada (as the term "citizen" is defined for purposes
28 of determining the existence of subject matter jurisdiction based upon diversity of

citizenship pursuant to 28 U.S.C. section 1332(a));

NOW, THEREFORE, PLAINTIFF SHELDON G. ADELSON AND DEFENDANTS JOHN L. SMITH, BARRICADE BOOKS INC. AND LYLE STUART HEREBY AGREE AND STIPULATE AS FOLLOWS:

1. This Court does not have subject matter jurisdiction over this civil action because the Complaint alleges only the state law cause of action of libel and Plaintiff Sheldon G. Adelson and Defendant John L. Smith are both citizens of the State of Nevada; and

2. This Court should promptly remand the Action to the Los Angeles Superior Court, West District, for further proceedings.

DATED: March 2, 2006

MARTIN D. SINGER
PAUL KARL LUKACS
LAVELY & SINGER
PROFESSIONAL CORPORATION

By: /s/ Martin D. Singer

MARTIN D. SINGER
Attorneys for Plaintiff
Sheldon G. Adelson

DATED: March 2, 2006

MARK A. BORENSTEIN
OVERLAND BORENSTEIN
SCHEPER & KIM LLP

*Fax Signature*
*On Next Page*
By: _____

MARK A. BORENSTEIN
Attorneys for Defendants
John L. Smith, Barricade Books Inc.
And Lyle Stuart

1  citizenship pursuant to 28 U.S.C. section 1332(a));

2  NOW, THEREFORE, PLAINTIFF SHELDON G. ADELSON AND
3  DEFENDANTS JOHN L. SMITH, BARRICADE BOOKS INC. AND LYLE
4  STUART HEREBY AGREE AND STIPULATE AS FOLLOWS:

5     1.   This Court does not have subject matter jurisdiction over this civil
6          action because the Complaint alleges only the state law cause of
7          action of libel and Plaintiff Sheldon G. Adelson and Defendant John
8          L. Smith are both citizens of the State of Nevada; and
9     2.   This Court should promptly remand the Action to the Los Angeles
10         Superior Court, West District, for further proceedings.

12 DATED: January __, 2006          MARTIN D. SINGER
13                                      PAUL KARL LUKACS
                                      LAVELY & SINGER
                                      PROFESSIONAL CORPORATION

16                            By: _____

17                                      MARTIN D. SINGER
                                     Attorneys for Plaintiff
18                                      Sheldon G. Adelson

20 DATED: January __, 2006          MARK A. BORENSTEIN
                                      OVERLAND BORENSTEIN
21                                     SCHEPER & KIM LLP

23                           By: _____

24                                      MARK A. BORENSTEIN
                                     Attorneys for Defendants
25                                      John L. Smith, Barricade Books Inc.
                                     And Lyle Stuart

## ORDER

IT IS SO ORDERED.

Since Plaintiff Sheldon G. Adelson and Defendant John L. Smith are both citizens of the State of Nevada, complete diversity does not exist among the parties to this civil action. Complete diversity of citizenship must exist in order for this Court to be able to exercise subject matter jurisdiction based upon diversity of citizenship under 28 U.S.C. section 1332(a). See, e.g., Kuntz v. Lamar Corp., 385 F.3d 1177, 1181 (9th Cir. 2004) ("For a case to qualify for federal jurisdiction under 28 U.S.C. § 1332(a), there must be complete diversity of citizenship between the parties opposed in interest.").

The Clerk of the Court is hereby ordered to remand this civil action to the Los Angeles Superior Court, West District.

Date: March 3, 2006

HON. NORA M. MANELLA
U.S. DISTRICT COURT JUDGE

K:\3962-2\PLE\USDC\STIPULATION RE REMAND TO LASC 012506.wpd   4

STIPULATION AND ORDER